UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5244 ODW(JCx) | Date | December 7, 2010 |
|---|---|---|---|
| Title | Banafsche Sadjadian v. Bilateral Credit Corp, LLC | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [16] filed December 6, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 24, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |